# United States District Court
# Eastern District of California

ALVARO GUILLEMOT

Plaintiff(s)

V.

CHRISTOPHER CHESTNUT

Defendant(s)

Case Number: 1:26-CV-06483-DJC-CKD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Andrew Udelsman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Petitioner Alvaro Guillemot

On 12/14/2023 (date), I was admitted to practice and presently in good standing in the Florida Bar (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: October 7, 2026

Signature of Applicant: /s/ Andrew Udelsman

**Pro Hac Vice Attorney**

Applicant's Name: Andrew Udelsman

Law Firm Name: Southern Poverty Law Center

Address: 2 South Biscayne Boulevard, Suite 3200

City: Miami State: FL Zip: 33131

Phone Number w/Area Code: (786) 390-2698

City and State of Residence: Miami, Florida

Primary E-mail Address: andrew.udelsman@splcenter.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Evelyn Wiese

Law Firm Name: Asian Law Caucus

Address: 55 Columbus Avenue

City: San Francisco State: CA Zip:

Phone Number w/Area Code: (860) 301-2962 Bar # 338419

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 8, 2026

Carolyn K. Delaney

JUDGE, U.S. DISTRICT COURT

# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon )

In Re: 1051696
Andrew George Udelsman
PO Box 557652
Miami, FL 33255-7652

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **December 14, 2023**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 7th day of **October, 2026**.

Cynthia B. Jackson

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-440117