Andrew Udelsman (Fla. Bar No. 1051696) (pro hac vice)
SOUTHERN POVERTY LAW CENTER
2 S. Biscayne Blvd. Ste. 3200
Miami, FL 33131
Telephone: 786-390-2698
Email: andrew.udelsman@splcenter.org

Attorney for Petitioner

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

ALVARO GUILLEMOT,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

Case No. 1:26-cv-06483-DJC-CKD (HC)

**~~[PROPOSED]~~ ORDER**

**AND ORDER VACATING FINDINGS AND RECOMMENDATIONS**

The Court has considered Petitioner's Motion for Leave to File a First Amended and Supplemental Petition for Writ of Habeas Corpus. Good cause appearing, IT IS ORDERED:

1. The motion (ECF No. 14) is GRANTED and the hearing on the motion set for January 6, 2027, is VACATED.

2. Within two (2) days of this order, Petitioner shall file the First Amended and Supplemental Petition attached as Exhibit A to the motion.

3. Respondent's Motion to Dismiss (ECF No. 7) is DENIED as moot, without prejudice to Respondents' re-raising any arguments.

4. Respondent shall file a return to the First Amended and Supplemental Petition within seven (7) days after it is filed. Petitioner may file a traverse within three (3) days after the return is served.

/////

/////

/////

5. In addition, the findings and recommendations filed on October 28, 2026 (ECF No. 13) are VACATED.

Dated: November 4, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 guil6483.36po